IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TRAVIS AKERS, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:09-cv-00478

TERESA MARIE ANDES,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

    Pending before the court is the defendant's Motion for Summary Judgment [Docket 54]. The Motion is **DENIED**.

    To obtain summary judgment, the moving party must show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). In considering a motion for summary judgment, the court will not "weigh the evidence and determine the truth of the matter." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986). Instead, the court will draw any permissible inference from the underlying facts in the light most favorable to the nonmoving party. *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 587-88 (1986). Because genuine issues of material fact remain as to the parties' liability, summary judgment in this case would be inappropriate.

    The defendant's Motion [Docket 54] is **DENIED**. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                    ENTER:     May 13, 2010

                                    Joseph R. Goodwin, Chief Judge